**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**GREGORY F. DYER, SBN 114486**
**LINDSEY E. READ, SBN 264083**
Attorney for Plaintiffs/Petitioners Greg Dorland,
Debra MacRorie and Legato Adventures, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG DORLAND, DEBRA MACRORIE and LEGATO ADVENTURES, LLC,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant/Respondent. | NO. 2:12-MC-00096<br><br>**NOTICE OF WITHDRAWAL AND REQUEST FOR DISMISSAL OF PETITION TO COMPEL ARBITRATION**<br><br>Date:  January 14, 2013<br>Time:  2:00 p.m.<br>Courtroom: 5<br>Hon. Judge William B. Shubb |

Petitioners, Greg Dorland, Debra MacRorie and Legato Adventures, LLC, hereby withdraw their Petition to Compel Arbitration (Docket No. 2), and respectfully request this court to dismiss their Petition and vacate the hearing on Plaintiff's Petition to Compel Arbitration scheduled for January 14, 2013, at 2:00 p.m. before the Honorable Judge William B. Shubb.

DATE: December 17, 2012

JONES & DYER

By: /s/ GREGORY F. DYER
GREGORY F. DYER
LINDSEY E. READ
Attorneys for Petitioners

**NOTICE OF WITHDRAWAL OF PETITION TO COMPEL ARBITRATION**

H:\GFD.cases\Dorland v. ACE Ins. Co. (LER)\Pleading\Notice of Withdrawal & Req to DSM 12-17-12.wpd

-1-